# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **United States v. Alex Hernandez** | ) | Case No. 16-7157-JCB |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ☒ Ad Prosequendum          ☐ Ad Testificandum.

Name of Detainee: **Alex Hernandez**

Detained at (custodian): **Old Colony Correctional Center, 1 Administration Road, Bridgewater, MA 02324**

Detainee is:     a.)     ☒ charged in this district by:
                         ☐ Indictment      ☐ Information      ☒ Complaint

        or     b.)     ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:     a.) ☒ return to the custody of detaining facility upon termination of proceedings

        or     b.)     ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary for the purpose of Initial Appearance on **Monday, May 23, 2016** at _____ in courtroom number **14** on the **Fifth** floor before the Honorable Jennifer C. Boal.

Attorney of Record for the United States:

Jordi de Llano, AUSA

Date: May 23, 2016

## **WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum                    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and for any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: _____          _____
                                                                    United States Magistrate Judge

Writ of Habeas Corpus                                                                                          Page 2

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or Fed. Reg. #: | W103013 | DOB: | 04/25/85 |
| Facility Address: | Old Colony Correctional Center | Race: | Hispanic |
| | 1 Administration Road, Bridgewater, MA 02324 | FBI #: | 578473DC4 |
| Facility Phone: | 508-279-6000 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____