# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>           **Plaintiff,**<br><br>     **vs.**<br><br>**ALEX HERNANDEZ,**<br><br>           **Defendant.** | Case No.  **16-mj-7157-JCB** |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America hereby moves this Court to direct that the complaint, supporting affidavit, and any other paperwork related to this matter be unsealed. In support of this motion, the government states that the defendant was made aware of the charges on May 23, 2016, and that there is no further reason to keep this matter secret.

                                                            Respectfully submitted,

                                                            CARMEN M. ORTIZ
                                                            United States Attorney

Date: May 23, 2016            By:     */s/ Jordi de Llano*
                                                            Jordi de Llano
                                                            Assistant United States Attorney