# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: Warden-Superintendent: Old Colony Correctional Center, 1 Administration Road, Bridgewater, MA 02324

YOU ARE COMMANDED to have the body of __Alex Hernandez (D.O.B) 1985__

now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __14__, on the __5th__ floor, Boston, Massachusetts on or before __MAY 23, 2016__, at __3:45__ PM.

for the purpose of __INITIAL APPEARANCE__

in the case of   UNITED STATES OF AMERICA V. __Alex Hernandez (D.O.B) 1985__

CR Number __1:16-mj-07157-1__

And you are to retain the body of said __Alex Hernandez (D.O.B) 1985__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Alex Hernandez__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __23__ day of __MAY__.

JENNIFER C. BOAL
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

ROBERT M. FARRELL
CLERK OF COURT

By: __Steve York__
Deputy Clerk

(Habeas Writ.wpd 5/27/08)